UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00390-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  FERREN S. RAJPUT,

    Defendant.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A Change of plea hearing is set for **Friday, October 6, 2006, at 10:00 a.m.** A Notice of Disposition shall be filed by **Friday, September 29, 2006.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 48 HOURS before the hearing date. If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy.**

    Dated:  September 27, 2006